Order entered October 8 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00079-CV

## IN THE INTEREST OF B.A.J. AND K.S.J., CHILDREN

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-07-03409

## ORDER

The Court has before it appellant's September 24, 2012 motion to extend time to file, the trial court clerk's July 27, 2012 letter regarding the clerk's record in this appeal, and the court reporter's October 3, 2012 request for an extension of time to file the reporter's record. The Court **ORDERS** that the clerk's record filed in cause number 05-12-00135-CV be utilized as the clerk's record in this appeal. The Court further **GRANTS** appellant's motion to extend time and **ORDERS** her to pay the filing fees by October 31, 2012. The Court also **GRANTS** the court reporter's request and **ORDERS** that the reporter's record be filed by October 23, 2012. Appellant's brief will be due thirty days after the reporter's record is filed.

ELIZABETH LANG-MIERS
JUSTICE